IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION


William L. Ridenour,           :

    Plaintiff,             :

 v.                             :   Case No. 2:08-cv-682

Terry Collins, et al.,         :   JUDGE FROST

    Defendants.            :

## ORDER

This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on April 13, 2009. No objections have been filed to the Report and Recommendation. Therefore, the Court ADOPTS the Report and Recommendation. The motion for judgment on the pleadings (#16) is denied as it relates to Mr. Ridenour's federal law claims, and granted as it relates to his state law claims, if any. The defendants' motion to stay discovery (#17) is denied. Mr. Ridenour's motion to compel discovery (#18) and his objection to the Magistrate Judge's order granting an extension of time (#40) are denied as moot.


                            /s/ Gregory L. Frost
                            GREGORY L. FROST
                            UNITED STATES DISTRICT JUDGE